# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

DARRIN SCOTT RICK,                              Case No. 19-CV-2827 (NEB/DTS)

Petitioner,

v.                                                              ORDER ACCEPTING REPORT AND
                                                                    RECOMMENDATION

JODI HARPSTEAD,

Respondent.

The Court has received the July 24, 2020 Report and Recommendation of United States Magistrate Judge David Schultz. (ECF No. 35.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The Report and Recommendation (ECF No. 35) is ACCEPTED; and

2.     Respondent's motions to dismiss (ECF Nos. 12, 16) are DENIED WITHOUT PREJUDICE.

Dated:  August 21, 2020                          BY THE COURT:

                                                                    s/Nancy E. Brasel
                                                                    Nancy E. Brasel
                                                                    United States District Judge